IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT LINDENBAUM, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-00285 |
| v. | : | |
| DAVID ERENIUS, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW this 9th day of June, 2010, upon consideration of Defendants' Motion to Dismiss (Docket No. 5), Plaintiff's Brief in Opposition (Docket No. 6), and the parties' oral arguments at the May 19, 2010 hearing; and after a complete and independent review of Plaintiff's Complaint (Doc. No. 1), it is ORDERED that Defendants' Motion to Dismiss (Doc. No. 5) is GRANTED and Plaintiff's Complaint is DISMISSED in its entirety.

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.